UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GRAND ISLE SHIPYARD, INC.** | * | **CIVIL CTION:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **BLACK ELK ENERGY OFFSHORE** | * | **MAGISTRATE** |
| **OPERATIONS, LLC** | * | |
| | * | |
| **Related Cases:** | * | |

* * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR DECLARATORY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Grand Isle Shipyard, Inc. ("GIS") and for its Complaint seeking Declaratory Relief pursuant to the Declaratory Judgment Act,[1] against Black Elk Energy Offshore Operations, LLC ("BEEOO") avers upon information and belief as follows:

I.

At all material times herein, GIS was and is a corporation organized and existing under the laws of the State of Louisiana and doing business within the jurisdiction of this Honorable Court.

II.

At all materials times herein, BEEOO was and is a limited liability company organized and existing under the laws the State of Texas, but doing business within the jurisdiction of this Honorable Court, and the owner of a group of platforms located at West Delta 32, and more specifically West Delta 32E, where an explosion occurred on or about November 16, 2012.

---

[1] 28 U.S.C. §2201.

### III.

This Court has jurisdiction over this matter pursuant to the Declaratory Judgment Act[2] in that it is a suit to declare the rights and other legal relations of the parties under a Business Alliance Agreement entered into between them on or about May 5, 2010. Further, the Court has jurisdiction pursuant to its diversity jurisdiction[3] as a suit between residents of different states and exceeding the jurisdictional amount.

### IV.

GIS previously filed a Declaratory Judgment Action against Black Elk Energy, LLC[4] based on the mistaken belief that its relationship with BEEOO was governed by a Master Service Agreement entered into with Black Elk Energy, LLC. Upon further investigation GIS submits that its relationship with BEEOO is governed by the Business Alliance Agreement dated May 5, 2010.[5]

### V.

The BEEOO-GIS Business Alliance Agreement was entered into by both companies to "accomplish collectively more than what either could accomplish individually through leveraging of each other's products or services within the same target market."

### VI.

The Alliance Agreement made GIS a preferred supplier for certain services, including Offshore Construction and Fabrication Services.

---

[2] *Id.*
[3] 28 U.S.C. §1332.
[4] *"Grand Isle Shipyards, Inc. v. Black Elk Energy, LLC., Enviro Tech Systems, LLC, Wood Group USA, Inc., Compass Engineering and Consultants, LLC"*, pending in the United States District Court for the Eastern District of Louisiana, CA No.: 13-2496.
[5] Exhibit "A".

**VII.**

Prior to entering into the Business Alliance Agreement, GIS had a Master Service Agreement with Black Elk Energy, LLC, which Master Service Agreement did not obligate Black Elk Energy to call upon GIS for the performance of any work and did not obligate GIS to accept any work requested.  There was no contract between BEEOO and GIS, prior to the Business Alliance Agreement.

**VIII.**

As part of the Business Alliance Agreement, BEEOO and GIS formed an Alliance Steering Team headed jointly by the Chef Operating Officer of BEEOO and the CEO of GIS, which team met quarterly to investigate opportunities for improvement in operating and cost efficiencies.

**IX.**

The Business Alliance Agreement specifically provides that it governs the terms and conditions of any work undertaken during the effective period of the Agreement.

**X.**

The Business Alliance Agreement does not provide any dispute resolution provisions and specifically does not require arbitration of any dispute between the parties, nor does it contain any indemnity obligations.

**XI.**

In November 2012, GIS had a crew working aboard BEEOO's West Delta 32 platform pursuant to the terms of the Business Alliance Agreement.

## XII.

On or about November 16, 2012, an explosion occurred on West Delta 32 resulting in personal injuries and property damage.

## XIII.

GIS seeks a declaration from this Court that the rights and legal relations between GIS and BEEOO as regards the work being performed at West Delta 32 in November, 2012 is governed by the May 5, 2010 Business Alliance Agreement between GIS and BEEOO and not the Master Service Agreement between GIS and Black Elk Energy, LLC; that the Business Alliance Agreement does not require arbitration; that the Business Alliance Agreement does not provide for indemnification or the naming of additional assureds and waiving of rights of subrogation; and all other declarations as appropriate under the Business Alliance Agreement.

**WHEREFORE**, plaintiff, Grand Isle Shipyards, Inc. prays that its Complaint for Declaratory Judgment be deemed good and sufficient and after due proceedings had, there be judgment herein in its favor and against Black Elk Energy Offshore Operations, LLC declaring that the rights and legal relations between GIS and BEEOO as regards the work being performed at West Delta 32 in November, 2012 are governed by the May 5, 2010 Business Alliance Agreement between GIS and BEEOO and not the Master Service Agreement between GIS and Black Elk Energy, LLC; that the Business Alliance Agreement does not require arbitration between the parties; that the Business Alliance Agreement does not provide for indemnification

or the naming of additional assureds and waiving of rights of subrogation; and for all other relief as appropriate under the Business Alliance Agreement and this Court is competent to grant.

            Respectfully Submitted:

            **REICH, ALBUM & PLUNKETT, LLC**

             */s/ Robert S. Reich*
            **ROBERT S. REICH, T.A. (#11163)**
            **LAWRENCE R. PLUNKETT (#19739)**
            Two Lakeway Center, Suite 1000
            3850 North Causeway Boulevard
            Metairie, LA 70002
            Phone:(504)830-3999/Fax:(504)830-3950
            Email:  rreich@rapllclaw.com
                lplunkett@rapllclaw.com
            **Attorney for Grand Isle Shipyards, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

   **I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 28th day of July, 2014.

             */s/ Robert S. Reich*
            **ROBERT S. REICH**